# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1884
_____

JAMAAL ALI BILAL fka JOHN L.
BURTON,

     Appellant,

     v.

DEPARTMENT OF CORRECTIONS
and DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellees.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

September 18, 2018

PER CURIAM.

     AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jamaal Ali Bilal fka John L. Burton, pro se, Appellant.

Beverly Brewster, Department of Corrections, Tallahassee, for Appellee Department of Corrections; Pamela J. Bondi, Attorney General, and Jerod M. Rigoni, Assistant Attorney General, Tallahassee, for Appellee Department of Children and Families.